

September 6, 2023

**VIA ECF**
Honorable Robert M. Levy, U.S.M.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: Vivas v. Ultimate Care Inc., et al.**
      **Civ. No.: 21-cv-04302**

Dear Honorable Judge Levy:

    I represent Plaintiff, Marisu Vivas in the above-referenced matter. The parties jointly submit this letter to request an adjournment of the September 12, 2023, status conference and to notify the Court that the parties reached a confidential settlement subject to finalizing a written agreement. The parties anticipate filing a Stipulation of Dismissal with prejudice within thirty (30) days. This is the parties first request for an adjournment.

    We thank the Court for its time and attention to this matter.

               Respectfully submitted,

               DEREK SMITH LAW GROUP, PLLC

               Melissa Mendoza, Esq.
               *Attorney for Plaintiff*

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2905, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com