# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

MARTIN W. ARON
Martin.Aron@JacksonLewis.com
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

October 4, 2023

***VIA ECF***
The Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    Marisu Vivas v. Ultimate Care, Inc.
                 Civil Action No. 1:21-cv-04302

Dear Judge Levy:

      This firm represents Defendants Ultimate Care Inc. and Alicia Torres (collectively, the "UC Defendants") in the above-referenced matter.

      I write on behalf of the parties to request an extension of the October 6, 2023 deadline to file the Stipulation of Dismissal.  While the parties have concluded a confidential settlement agreement, they request that the deadline be extended through October 27, 2023 so as to allow for consummation of the settlement.

      We thank Your Honor for his time and consideration in this matter.

                        Respectfully,

                        JACKSON LEWIS P.C.

                        *s/ Martin W. Aron*
                        Martin W. Aron

BMO: is
Enclosures
cc:     Melissa Mendoza, Esq. (via ecf)