# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISU VIVAS<br><br>　　　　Plaintiff,<br><br>v.<br><br>ULTIMATE CARE, INC., ALICIA TORRES, individually, and ERNESTO CARMONA, individually<br><br>　　　　Defendants. | Civil Action No.: 1:21-cv-04302<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

This matter having been amicably resolved, it is hereby stipulated and agreed that Plaintiff's Complaint against Defendants, Ultimate Care, Inc., Alicia Torres, individually, and the Estate of Ernesto Carmona, individually, be and hereby is dismissed in its entirety with prejudice and without costs to any party.

DEREK SMITH LAW GROUP, PLLC
One Penn Plaza, Suite 4905
New York, New York 10119


By: /s/ Melissa Mendoza
　　Melissa Mendoza, Esq.

Dated: 09/28/2023

JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

By: /s/ Martin W. Aron
　　Martin W. Aron, Esq.

Dated: 10/27/23